IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | | |
|---|---|---|
| WILLIE JAMES WILLIAMS, PRO SE, | § | |
| TDCJ-CID #579442, | § | |
| Previous TDCJ-CID #487299, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | 2:04-CV-0298 |
| | § | |
| BRUCE ZELLER, Warden, | § | |
| STEWART W. SIMS, Correctional Officer, | § | |
| JOE NUNN, Warden, | § | |
| WILLIAM GRAY, Major, | § | |
| GREGORY C. BOLAND, Sergeant, | § | |
| WAYNE BOYD, Correctional Officer, | § | |
| BOBBY W. STUBBLEFIELD, Captain, | § | |
| JOHN C. JOWER, II, Lieutenant, | § | |
| MANUEL MENDOZA, JR., | § | |
|    Correctional Officer, | § | |
| | § | |
|     Defendants. | § | |

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS;
MEMORANDUM OPINION AND ORDER OF DISMISSAL**

The instant cause was initially filed in the United States District Court for the

Northern District of Texas, Lubbock Division, and was transferred to the United States District

Court for the Northern District of Texas, Amarillo Division, on November 10, 2004.

Plaintiff WILLIE JAMES WILLIAMS, acting *pro se* and while a prisoner

incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division, has

filed suit pursuant to Title 42, United States Code, Section 1983 complaining against the above-

named defendants and requesting to proceed *in forma pauperis*.

Review of plaintiff's litigation history reveals that he has sustained three "strikes" under the Prison Litigation Reform Act and is barred from proceeding as a pauper under Title 28, United States Code, section 1915(g).

Plaintiff is also subject to two separate bars imposed in cause nos. 2:03-CV-0089 and 2:03-CV-0199.  In 2:03-CV-0089, plaintiff was barred from all new in forma pauperis filings unless he first obtained judicial permission.  Plaintiff was expressly instructed to reveal the existence of this sanction to any federal court in which he attempted to proceed in forma pauperis and to request and obtain permission to file the proposed complaint.  Further, in cause no. 2:03-CV-0199, plaintiff was sanctioned $100.00 and was barred from filing any new complaints until the sanction was paid in full.

By his present submission, plaintiff did not disclose the existence of either sanction, has not requested judicial permission, and has not presented argument why these bars should not be enforced.  Moreover, a review of court records reveals plaintiff has not satisfied the monetary sanction.  The Court concludes plaintiff's present filing is BARRED by the sanctions imposed in cause nos. 2:03-CV-0089 and 2:03-CV-0199.

For the reasons set forth above, plaintiff's request to proceed in forma pauperis is DENIED and the instant cause is DISMISSED as barred by the sanctions imposed in cause nos. 2:03-CV-0089 and 2:03-CV-0199.

IT IS SO ORDERED.

ENTERED THIS __9^TH__ DAY OF MAY, 2005.

/s/ Mary Lou Robinson_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

2